ESTHER M. BRAYTON, as Administratrix of the Estate of EDITH M. PARK, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 41004.) — Same decision and like cause of action as in case of *Vircillo* v. *State of New York* (24 A D 2d 534), decided herewith.

PETER S. KOWALSKI, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 41790.) — Same decision and like cause of action as in case of *Vircillo* v. *State of New York* (24 A D 2d 534), decided herewith.

EVA THOMSON et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 41006.) — Same decision and like cause of action as in case of *Vircillo* v. *State of New York* (24 A D 2d 534), decided herewith.

RAYMOND M. MURRAY et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 41005.) — Same decision and like cause of action as in case of *Vircillo* v. *State of New York* (24 A D 2d 534), decided herewith.